UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SANJAY SOOKUL, *on behalf of himself and all others* :
*similarly situated*, :
:
                                     Plaintiff, :                  23-CV-375 (JMF)
:
                     -v-                                       :                  ORDER
:
ANTIHERO GALLERY LLC, :
:
                                   Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 23, 2023, Plaintiff filed a motion for entry of a default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b).  *See* ECF Nos. 11-16.  Pursuant to the Court's August 24, 2023 Order, ECF No. 17, Plaintiff was required to serve Defendant, within one business day and via overnight courier, with a copy of the motion for default judgment, all supporting papers, and a copy of the Court's order.  Plaintiff was also required to file proof of such service on the docket within two days of service.  To date, Plaintiff has not filed such proof of service.

       Given the uncertainty of whether Plaintiff has served Defendant with the motion papers, the default judgment hearing currently scheduled for September 20, 2023, at 3:30 p.m. is hereby RESCHEDULED to **September 28, 2023, at 3:00 p.m**.  Defendant's deadline to file any opposition to the motion for default judgment is extended to **September 26, 2023**.  The parties should refer to the Court's August 24, 2023 Order, ECF No. 17, for further instructions in the event that Defendant appears or opposes the motion for default judgment prior to that date.

       Plaintiff is ORDERED to promptly serve a copy of the motion for default judgment, all supporting papers, a copy of the Court's August 24, 2023 Order, and a copy of this Order **no later than September 14, 2023**, and to file proof of such service **within two business days of service**.  Failure to do so may result in the Court's denial of the motion for default judgment and/or sanctions.

       SO ORDERED.

Dated: September 12, 2023
       New York, New York                              _____
                                                                JESSE M. FURMAN
                                                            United States District Judge